## KNOX VS. MILLER.

Service of summons by leaving a copy at the usual place of abode of the defendant, is authorized only when he cannot be found so as to be personally served; and the latter fact must appear from the affidavit or return of service, or the court does not acquire jurisdiction.

APPEAL from the Circuit Court for *Milwaukee* County.

Ejectment. Attached to the summons as filed was an affidavit of the plaintiff's attorney that, on &c., he served a copy of the summons on the defendant by delivering the same to his wife at his usual place of abode; but it did not appear from said affidavit, or otherwise, that defendant could not be found. Judgment was afterwards taken against the defendant as upon default; from which he appealed.

*E. Fox Cook*, for appellant.

*Thomas M. Knox*, for respondent.

*By the Court*, DIXON, C. J. The judgment must be reversed. The record shows no sufficient service of the summons. Service by leaving a copy at the usual place of abode of the defendant is only authorized when he cannot be found so as to be personally served. R. S., ch. 124, sec. 9. It should appear from the affidavit or return of service that the defendant could not be found, otherwise the court acquires no jurisdiction. *Pollard v. Wegener*, 13 Wis., 569; *Rape v. Heaton*, 9 Wis., 328.

Judgment reversed.